IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-3258-CV-S-NKL-SSA |
| ) | |
| JO ANNE BARNHART, ) | |
| Commissioner of ) | |
| Social Security ) | |
| ) | |
| Defendant. ) | |

ORDER

Pending before the Court is Defendant Commissioner's Motion to Reverse and Remand [Doc # 9] the decision of the Administrative Law Judge (ALJ) pursuant to sentence four of section 205(g), 42 U.S.C. § 405(g).

Upon review, the Appeals Council of the Social Security Administration has determined the above captioned case warrants reversal and remand with direction to the ALJ to obtain updated records from Thomas N. Thomas, M.D.; to obtain clarification of that physician's medical assessments; to obtain a mental consultative examination that includes an assessment of the limitations attributable to Plaintiff's drug abuse and alcoholism, and to re-evaluate Plaintiff's residual functional capacity, both including and excluding consideration of Plaintiff's drug abuse and alcoholism, if necessary; and to

1

obtain vocational expert testimony, if necessary, to determine whether Plaintiff can return to his past relevant work or other work existing in the national economy.

Although the Plaintiff believes that there is sufficient evidence in the record to warrant outright reversal and an award of benefits, he does not object to the Commissioner's motion to remand. For the reasons set forth above, the court concludes that reversal and remand for further consideration by the ALJ is warranted under sentence four of 42 U.S.C. § 405(g).

Accordingly, it is hereby

ORDERED that the Commissioner's Motion to Reverse and Remand [Doc. # 9] is GRANTED. The decision of the ALJ is REVERSED and the case is REMANDED for further consideration consistent with this Order.

s/ Nanette K. Laughrey  
NANETTE K. LAUGHREY  
United States District Judge

Dated: November 30, 2005  
Jefferson City, Missouri